# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2185

_____

Darrell Eugene Banks

*Plaintiff - Appellant*

v.

Federal Bureau of Prisons; T. C. Outlaw, Former Warden; Nader Peikar, Doctor; Does, Unknown Staff and Health Administrator; United States of America; FCC Forrest City; Mary Ellen Rivers-Graham, Health Service Administrator, FCC - Forrest City; Brenda Hoy, Assistant Health Service Administrator, FCC - Forrest City; Misty Rios, RN, FCC - Forrest City; Theron Houston, Counselor, Helena C Unit; Darlene Gallardo, Unit Manager, Helena Unit; Steven Norris, Case Manager, Helena C Unit

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: December 23, 2015
Filed: December 30, 2015
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Darrell Banks filed this action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), asserting conditions-of-confinement and medical-indifference claims against various defendants affiliated with the Federal Correctional Institution in Forest City, Arkansas. The district court[1] granted defendants summary judgment, and Banks appeals. Following de novo review, <u>see</u> <u>Dulany v. Carnahan</u>, 132 F.3d 1234, 1237, 1239 (8th Cir. 1997), we agree with the district court that Banks did not create a trialworthy factual issue on his claims against any named defendant. Accordingly, we affirm for the reasons given by the district court. <u>See</u> 8th Cir. R. 47B.

———————————————————

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.